■ In the Matter of DAVID M. BARGMAN (Admitted as DAVID WILLIAM BARGMAN), a Suspended Attorney. [713 NYS2d 284] —Motion granted and petitioner reinstated as an attorney and

counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Tom, J. P., Wallach, Lerner, Saxe and Buckley, JJ.